Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ellesse Henderson
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

*Attorney for Petitioner Magdiel Ezequiel Solis Mairena

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Magdiel Ezequiel Solis Mairena,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02720-CDS-DJA

**Order Approving Stipulation to Extend Time to File Traverse (First Request)**

[ECF No. 12]

Petitioner Magdiel Ezequiel Solis Mairena and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for a fourteen-day extension of time for Petitioner to file a traverse to his amended petition for writ of habeas corpus, moving the deadline from October 14, 2026, to October 28, 2026.

This extension is warranted because Petitioner agreed to voluntary departure, which will likely render his petition moot. Should Respondents effectuate Petitioner's release from custody and voluntary departure from the country, counsel for Petitioner will move to dismiss this action.

On October 14, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Russell Webb, who agrees to this fourteen-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Magdiel Ezequiel Solis Mairena to file traverse to October 28, 2026.

Respectfully submitted this 28th day of October, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Russell Webb*
Russell Webb
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATE DISTRICT JUDGE

DATED: October 15, 2026