UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Magdiel Ezequil Solis Mairena,

Plaintiff

v.

Todd Blanche, et al.,

Defendants

Case No. 2:26-cv-02720-CDS-DJA

**Order Granting the Respondents' Unopposed Motion for Leave to Transfer the Petitioner**

[ECF Nos. 11, 15]

On September 4, 2026, this court issued a service order precluding the respondents from removing petitioner Magdiel Ezequil Solis Mairena from this district "with the exception of effectuating the petitioner's lawful deportation, until further order of the Court." ECF No. 3 at 3 (footnote omitted). Since then, the petitioner has requested pre-conclusion voluntary departure, and an immigration judge granted that request. *See* ECF No. 11-1. The federal respondents now seek leave to transfer the petitioner out of the District of Nevada to lawfully effectuate his return to Nicaragua. ECF No. 11. The petitioner confirms he has agreed to voluntary departure and therefore does not oppose the federal respondents' motion. ECF No. 14.

IT IS THEREFORE ORDERED that the federal respondents' unopposed motion for leave to transfer Magdiel Ezequil Solis Mairena **[ECF No. 11] is granted.** The respondents are hereby permitted to transfer the petitioner outside of this district for the purpose of effectuating his voluntary departure.

IT IS FURTHER ORDERED that the parties' stipulation to extend time for the petitioner to file a traverse **[ECF No. 15] is denied as moot**.

IT IS FURTHER ORDERED that the respondents must file a status report within 15 days advising if and when the petitioner departed. Once the respondents' status report confirming the petitioner's departure is received, the case will be closed.

Dated: October 29, 2026

_______________________________
Cristina D. Silva
United States District Judge